**Marcus E. DeBose (SBN 216328)**
**TEGNELIA & DEBOSE, APC**
**2820 Camino Del Rio S, Suite 110**
**San Diego, CA 92108**
**Phone: (619) 876-0992**
**Fax: (619) 701-6373**
**Email: Marcus@EmailMyLawyer.com**

Attorney for Defendant
**Richard Kolb**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> vs. ) <br> ) <br> RICHARD KOLB, ) <br> ) <br> Defendant ) <br> ) <br> _____ ) | **CASE NO.:  CR 19-00123-DMG** <br><br> **DEFENDANT's SENTENCING MEMORANDUM** <br><br> Hearing Date: June 18, 2024 <br> Judge: Hon. Dolly M. Gee |

TO: E. MARTIN ESTRADA, UNITED STATES ATTORNEY, AUSA JOSEPH T. MCNALLY, AUSA SARAH E. SPIELBERGER, and EDUARDO CERVANTES DEDPUTY US PROBATION OFFICER:

   COMES NOW, Defendant Richard Kolb, by and through his attorney Marcus E. DeBose, and files the following Sentencing Memorandum for the District Court's review pursuant to Local Rules L.Cr..R.49.1.1 & L.Cr.R. 49.1.1.1.

## I.   INTRODUCTION

  Richard Kolb appears today before the Court for sentencing for his first felony offense.  The defense has received and reviewed both the Presentencing Report [PSR] submitted by Probation Officer Cervantes as well as the Government's Sentencing Position filed June 4, 2024.  Mr. Kolb understands the nature and terms of his plea agreement and stands by his admissions therein and is

prepared to accept the judgment and sentence of this Court.  He offers the following paragraphs of argument and analysis in support of his request for probation.

## II.  INDEX OF EXHIBITS

A.  Kolb Family Photographs p.7-10

B.   Kolb Personal Statement to the Court from Richard Kolb, Defendant p. 11-14

## III. RESPONSE TO PRESENTENCE REPORT

**Biographical Information** – Mr. Kolb and his counsel have reviewed the PSR, page 2, and concur with the reported biographical history.  The only addition that he would provide at this time is that paragraphs 71 and 79 of the PSR [pages 12-13] makes reference to his mother, Linda Craven, who sadly, lost her battle with obstructive pulmonary decease and passed away on February 2, 2024.

**Guideline Summary** – Mr. Kolb and his counsel have reviewed the PSR, pages 3-4 and concur with the reported summary of the charge, Conspiracy, pursuant to 18 USC § 371 as well as the reported base level of the offense bring six [6] pursuant to USSG §2B1.1(a)(2) and the fourteen [14] level increase for amount of financial loss pursuant to USSG §2B.(b)(1)(H). Additionally, Mr. Kolb and his counsel agree to the reference in the PSR for a three level decrease [-3] for Mr. Kolb's mitigating role in the offense conduct pursuant to USSG §3B1.2.  Mr. Kolb also concurs with the PSR, page 11, wherein the Probation Officer deems as appropriate a two level decrease [-2] for Acceptance of Responsibility pursuant to USSG § 3E1.1(a).  He also respectfully concurs with the Probation Officer's assessment that an additional one level (-1) is appropriate for timely notification of intent to plea pursuant to USSG § 3E1.1(b).

The only commentary that Mr. Kolb would add to the above analysis is to clarify that while he stands by his plea agreement stipulation to the amount of loss in this matter of $1,497,700.40, he does wish the Court to understand that nothing even approaching that amount of money directly

flowed to Mr. Kolb as a result of the acts and omissions he has admitted to.  At all times, herein, Mr. Kolb was an employee of Sovereign Health and in that capacity received regular semi-weekly commission based paychecks in the low four figure range [$1000.00 to $4000.00] for which he reported all income, making no attempt to conceal his earnings. The total number of the amount of loss then is reflective of ongoing payouts by corporate insurance companies who provided addiction recovery treatment to patients in amounts and durations unknown to and uncontrolled by Mr. Kolb. Mr. Kolb had no direct relationship with the victim insurance companies nor the facilities that treated the patients.  Additionally he never handled currency or financial instruments related to the insurance premiums nor issued invoices or received direct payments thereon.

Subject to reserving the right to petition this Court for additional decreases in the base level offense at the time of this sentencing hearing, Mr. Kolb concurs with the PSR that the total offense level, pre-argument, is fourteen [14].

**Summary of Offense Conduct** – Mr. Kolb and his counsel have reviewed the summary of the offense conduct [PSR p. 5-8] and agree that the Presentence report accurately reflects the case history and the plea agreement.

**Criminal History Category** – Mr. Kolb and his counsel have reviewed the PSR and agree with the probation officer's categorization of Mr. Kolb as having a criminal history of 1.

### IV. Application of 18 USC §3553(a)

In crafting the appropriate sentence the Court's next task is to consult the factors of 18 USC § 3553(a) to determine the correct sentence to impose.  Mr. Kolb respectfully submits the following analysis thereunder for the Court's consideration.  Upon review of the Parties analysis of these factors, Mr. Kolb believes that the Court is empowered to craft any sentence it deems fit that falls at or below the guideline recommendations. *U.S. v. Carty*, 520 F.3d 984 (9th Cir. 2008);

3

### A.  Nature of the Offense 18 USC §3553(a)(1)

Mr. Kolb has accepted responsibility and concurs with every statement and admission contained in the presentence report and the plea agreement. Having said that, it is clear that this offense is certainly not one of violence and resulted in access to addiction recovery treatment for the individuals in the public with whom Mr. Kolb had direct access.  To the best of current information and understanding, no member of the consuming public was injured by the saga of Mr. Kolb and Sovereign Health.

### B.  Characteristics of the Defendant  Nature of the Offense 18 USC §3553(a)(1)

Mr. Kolb is a married father of three [3] boys.  He has worked in around sales for his entire adult life first beginning with  health insurance and later transitioning to consolidated debt relief but at all times taking advantage of his ebullient personality and ability to connect with strangers.  As one would imagine, his daily life consists mainly of work and soccer practice.  He has never aspired to wealth and grandeur but instead has always taken quiet satisfaction is working hard to provide a life for his family.  It should be noted that following his experience at Sovereign Health and the legal outcomes herein, Mr. Kolb voluntarily resigned his insurance broker's license and moved into a different area of direct consumer service.  This is a man who accepts responsibility, and who even in the face of legal adversity, simply puts his head down and moves on to the next vocation that will best serve his family.

Mr. Kolb grew up in a sports friendly household and appreciated all of the gifts of fitness, teamwork and adventure that sports afforded him and has worked hard to provide the same active lifestyle to his sons.  His family is his life and Mr. Kolb would do anything for them. He understands that strict compliance with this Courts probation and sentencing orders are paramount to his continued ability to both love and financially support his family.

C. **The Need for the Sentence Imposed to Protect the Public from Further Crime of the Defendant 18 USC §3553(a)(2)(C)**

Mr. Kolb was candid with law enforcement throughout the entirety of his contacts.  He voluntarily surrendered his insurance license to distance himself as much as possible from the circumstances, contacts and business models that lead to his offense conduct. He has at all times throughout the period of presentencing, dating back to the Spring of 2019 remained in contact and compliance with his pretrial release conditions as well as his probation and pretrial services monitors. Moreover, Mr. Kolb has accurately articulated his own reflections about the pressures, psychological and financial that caused him to succumb to the lures of this conspiracy.  It should also be noted that the Affordable Care Act [ACA] changed the landscape of health care delivery in this country dramatically from its condition of the prior eighty [80] years and this conspiracy preyed upon procedural loopholes incumbent with that massive, industry wide transformation. As the state healthcare market apparatus has solidified over the past decade, conspiracies of this nature are procedurally near impossible to complete.  All of this should give the court the peace of mind to believe that the public does not require additional protection from Mr. Kolb.

D. **The Kinds of Sentences Available 18 USC §3553(a)(3)**

Subject to a discussion of the base level offense and additional relevant departures to be addressed at the time of this hearing, the Court is empowered under *Carty*, supra, to impose whatever sentence it deems just. This includes but is not limited to home detention, home supervision, community service and probation.  During the past five [5] years since the entry of his plea Mr. Kolb has shown through his compliance with Probation and pretrial supervision orders an ability to be where he says he is going to be and conduct himself in a manner that allows for minimal supervision. If this court were to choose a sentencing schematic that relies on Mr. Kolb's honesty, personal

responsibility and follow through, the Court can leave this hearing with confidence that Mr. Kolb will do his part to comply with both the letter and spirit of the Court's sanction.

E. **The Need to Provide Restitution to any Victims of the Offense 18 USC §3553(a)(7)**

Blue Shield of California is the named victim of this criminal conspiracy. To the best of Mr. Kolb's information and belief, the company has continued to function since 2016 despite this victimization; however, he nevertheless wishes to make full and complete restitution as both a matter of law and personal closure. He understands that this debt will take some time to repay but wishes to get started. The Court is empowered to craft a sentence that will not inhibit his ability to continue to earn money to not only provide for his family but to begin, in earnest, to repay the losses incurred by his admitted conspiracy participation. The payment schedule as proposed in the PSR is acceptable.

## IV. CONCLUSION

For the reasons set forth above and subject to argument at this hearing based upon the filings of the United States as well as such additional oral argument as shall be offered by the defense at the time of sentencing, Mr. Kolb respectfully asks the Court to impose a sentence of community service and a period of supervised release not to exceed three [3] years.

RESPECTFULLY SUBMITTED,

Dated:   __June 10, 2024_____                              _*Marcus E. DeBose*_
                                                                 Marcus E. DeBose
                                                                 Attorney for DEFENDANT
                                                                 Richard Kolb

EXHIBITS

    A.  Pictures of Richard Kolb, Erin Kolb and family.

Defendant's Sentencing Memorandum CR 19-00123-*DMG US v. Kolb*



Defendant's Sentencing Memorandum CR 19-00123-*DMG US v. Kolb*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Defendant's Sentencing Memorandum CR 19-00123-*DMG US v. Kolb*



Defendant's Sentencing Memorandum CR 19-00123-*DMG US v. Kolb*

Your Honor,

Thank you for taking the time to read this. My name is Richard Kolb and I just wanted to introduce myself, tell my story and attempt to paint a more accurate picture of who I am, the person I have been my whole life, before (and after) a series of unfortunate events got me mixed up with the wrong people.

My older brother Chris and I were born in Seattle and raised by two very loving parents. For the most part we had a happy childhood and grew up doing sports and music throughout grade school, middle school and high school. I don't think my dad ever missed so much as one practice, and I know I've become such a proud and involved father with my own kids because of him. I excelled in lacrosse, starting varsity as a freshman at Bellevue High and eventually was being scouted by universities to play in college. Sadly, after a serious snowboarding injury my senior year, I was forced to walk away from the sport.

After graduation in 1996, I moved to San Diego to get out of the rain and to go to college. I have many fond memories of this period in my life and made many lifelong friendships. I attended Mesa College and spent a lot of my time with school, surfing and exploring Southern California.

I eventually tried my hand at health insurance sales as one of my friends had started his own company. It turned out I was a natural at phone sales and quickly became one of the top performers. It was also around this time, we learned that my longtime girlfriend Patty McGee was pregnant, and we were ecstatic to know we were expecting a baby boy. Several months later and much to our surprise and horror, Patty went into labor at only 25 weeks pregnant due to Placenta Previa, causing her to deliver our son almost 3 months early.

Grant Patrick Kolb was born July 23rd 2006 weighing only 1 pound 14 ounces. He spent the next 6 months in the neo-natal intensive care unit at Sharp Mary Birch and lived his first 2 years of life on oxygen. His mother and I spent countless days and sleepless nights at the hospital praying and being there by his side. He is a true fighter and a miracle baby, lucky to be alive. He is now almost 18 and doing well. His mom Patty and I remain best of friends to this day and have successfully co-parented his whole life.

Ever since Grant was born I have been a fun-loving, devoted, proud father raising him in San Diego working hard over the years to make an honest living. I had been successful selling health insurance for several different companies as a licensed agent. Alliance Health and Preferred Health Online for 7 years, and then moved on to HealthMarkets for almost 3 years, which offered great hourly pay and a great commission structure in their call center.

In 2013 I married my wife Erin, whom I have now been with for over 16 years. On October 23, 2014, my second son Dillan was born. We couldn't have been happier, especially Grant to have a little brother. Times were good at this point and our family was happy and healthy. Both my wife and I were working full time to make ends meet financially. She was a manager at Trader Joe's and I was still with HealthMarkets.

In 2009-2010 Congress passed and the President signed, the Affordable Care Act which changed the way healthcare in America was delivered forever. One result was that 40,000,000 more people got access to health care.

Several years later, another consequence of the ACA was HealthMarkets having to close the San Diego call center where I worked. This changed everything for me. We were then offered a job as independent field agents, but still under HealthMarkets brokerage. At this point I was responsible for generating my own leads

Page **1** of **4**

and I set up my home office.

Two months later I was approached by Timothy Lewis who was an acquaintance from the HealthMarkets call center, and who had also become a field agent. He had been approached by his old friend Guillermo Ganir. Guillermo had been selling Tim leads from a company he worked for in Orange County called Sovereign Health. The leads were supposedly guaranteed issue, no sales required, and paid for by Sovereign Health. I was told by Timothy Lewis that a Doctor in Orange County (Tonmoy Sharma) was a philanthropist who paid to scholarship addicts through his treatment centers, and that they needed brokers to write the policies. He also said that all patients had signed HIPPA forms allowing agents to do the applications on their behalf and that the volume of these leads had gotten overwhelming for him. Guillermo was charging $50 per lead. We would write the insurance plans and receive commissions from HealthMarkets.

This is a point in my life that still keeps me up night after night. I wish I had never met Timothy Lewis. If only I had done my research and told Tim that day, "thanks but no thanks", everything would be different. I was good at sales and would have been just fine without those leads. If something seems too good to be true, it is.

At this point in the story, I was completely oblivious to the fraudulent underworld that had been created from Obamacare covering substance abuse and pre-existing conditions. I had always just been on the sales side of the industry. It was from this point forward that I was inadvertently grouped in with criminals and everything changed for the worse.

I was told by Timothy Lewis, who had already been taking these leads for a while, that Sovereign Health pays for the policy for up to 6 months until the patient has gone through full treatment. This turned out to be a lie. About two and a half months later Sovereign unexpectedly stopped payment on ALL of the policies I had written, which resulted in massive chargebacks to HealthMarkets. HealthMarkets then wound up terminating my employment contract as a field agent.

So there I was. Unemployed for the first time since I was 15 years old and my wife was pregnant with my third son. I was also sent a bill from HealthMarkets collection agency for over 40 thousand dollars in advanced commissions that I had received.

Timothy then approached me knowing I had just been fired and told me Guillermo Ganir had started a company with another guy Kern Carson (who had also previously worked at Sovereign Health) and that they were looking to hire agents and pay them a salary to write health insurance policies for people needing treatment. They were The Carson Management Group a.k.a. Chances and Changes.

I had always been the breadwinner and now with a huge mortgage and a growing family and endless bills, I was in an incredibly scary and vulnerable time in my life, and I took the job not fully knowing what to expect. Biggest mistake of my life. This is not an excuse or a justification, but I think it is only fair that the Court understand where I was in my life's walk at that time.

Let's fast forward to the day the FBI raided my house. This was the worst day of my life, mostly because of what it put my wife through while she was holding our 2-month-old newborn son Wylan. However, in hindsight that day was also a blessing. It was my opportunity to get out of that horrible situation and environment.

Page **2** of **4**

Defendant's Sentencing Memorandum CR 19-00123-*DMG US v. Kolb*

I hated what I was doing almost as much as the people I was doing it for. I was corrupted, influenced and used. I was so out of my element. I won't play the blame game or deflect my wrongdoing as I accept full responsibility for my role in this matter. It should be noted however, that my bosses were incredibly manipulative and knew how desperate their employees were financially. Giving us false information, coaching and training us on how to manipulate the healthcare marketplace while holding money over our heads as leverage.

Basically having everyone do their dirty work, all while they were the real ones capitalizing on it all.

It states in the charge against me and in my plea agreement that Kern and Guillermo "directed" me to write those health applications under false information, which is 100% true. They and Timothy Lewis ran the whole show. Everything we did, was directed and orchestrated by them and paid for by them with their company accounts and even their personal accounts, we were just employees.

In 2017, after cutting off ALL communication with ANYONE associated with that company, our family relocated to Arizona for a fresh start and to be closer to my wife's family. We sold our home in San Diego, and with the help of our parents, purchased one in Gilbert, AZ. We also moved my mom here who sadly just passed away on February 2nd, 2024. We were incredibly close and her passing was hard on us all.

I am currently a full time employee at Freedom Financial Network for 2 years and prior to that I worked at Drivetime Auto for over 4 years. Along with that, I am a full-time husband and father to three wonderful boys. My days consist of waking up at 6:00 a.m., running the dogs, getting the boys up and ready for school, then working until 3:30 p.m. After work I pick up my 9 year old Dillan and my 7 year old Wylan from school before heading home or to their sports practices. Both my wife and I work full time jobs, coordinating schedules to get everyone to where they need to be for the day.

After we all get home in the evening my wife and I divide and conquer with the kids doing homework, dinner, dishes, laundry, baths, pajamas, reading books and bedtime. Our weekend's consist of sports games, (we coach Dillan's soccer team) church, yard work, swimming, camping, fishing, playing with the neighbor kids, birthday parties, and pretty much anything involving outdoor recreation.

Our days are endlessly challenging and exhausting with all hands on deck, and I cannot imagine not being there to do my part. We are spread out very thin emotionally and financially. Between mortgage, utilities, childcare, medical bills, dentists, orthodontics, car payments, flights and child support for my oldest son Grant who lives in San Diego, summer camps, clothes, food, gas, property taxes, insurances, travel costs to California for my court dates, lawyer fees etc, we live paycheck to paycheck and are in debt. It would be absolutely catastrophic for this family to lose their father and 50% of our household income.

I am so in love with my kids and they are at such an emotionally fragile age that I'm not sure they would recover from my absence. It breaks my heart just thinking about that being a possibility. My 7 year old can't even fall asleep without "daddy books". I am not sure my marriage would recover either. If I were to be taken into custody, it would leave three young boys fatherless and broken-hearted, and my wife alone to pick up the pieces. I have dedicated my life to my family, and I strive daily to be the best father and spouse I can be, as well as a contributing member of our society.

I want to express how deeply sorry I am for my actions and for all of the time and money it has cost everyone involved. I will do anything and everything to right my wrong. I was so incredibly stupid and irresponsible and

Page **3** of **4**

got in way over my head with the worst people. I'm not a criminal by nature, it's just not in my DNA. I'm a soccer dad. I was never looking to become a part of this horrible pre-existing scheme and I just want to emphasize that there is a zero percent chance of anything like this ever happening again. I truly believe in giving people a second chance and I am one who learns from my mistakes.

I want to continue the path I have put before myself these past years to raise, protect and provide for my family. I have good credit, have maintained steady employment with a great company, and pay my taxes and my bills just like I have my whole life. I have also been checking in regularly with my pre-trial officers for almost 5 years now.

I pray to God that as I continue to give you total and complete cooperation as I have, the court will have mercy on me. Even a felony without jail would be catastrophic. I would most likely lose my current job which provides health insurance for my whole family and would likely prevent opportunities for decent employment in my future. There are so many people depending on me.

This matter has been weighing on our family for years now and has taken it's toll in many ways. Please know that I will be spending the rest of my life trying to make up for my mistakes and being the best person and role model to my kids that I can be.

Through my attorney, I have made myself as available as possible throughout this process and appreciate the professionalism of all involved. I apologize for such a long letter but so many lives hang in the balance, and I wanted the court to understand my side of this story. Thank you for listening, please feel free to reach out to me if you have any questions.

Sincerely,

Richard Kolb

Page **4** of **4**

14   Defendant's Sentencing Memorandum CR 19-00123-*DMG US v. Kolb*